JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MARTIN,<br><br>        Plaintiff,<br><br>                v.<br><br>CHAD WOLF,[1] Acting Secretary,<br>Department of Homeland Security,<br><br>        Defendant. | No. 2:18-cv-09575 AB (JCx)<br><br>JUDGMENT<br><br>Honorable André Birotte Jr.<br>United States District Judge |

On October 25, 2019, Chad Wolf, Acting Secretary of the Department of Homeland Security ("Defendant") filed a motion for judgment on the pleadings under Federal Rule of Civil Procedure Rule 12(c) (the "motion") on James Martin's ("Plaintiff") remaining retaliation claim. Dkt. No. 44. Plaintiff opposed the motion on October 28, 2019, and Defendant replied on November 7, 2019. Dkt. Nos. 45, 46. The Court held a hearing on Defendant's motion on November 22, 2019, and took the motion under submission. Dkt. No. 47. On November 25, 2019, the Court granted Defendant's motion. Dkt. No. 48.

/ / /

---

[1] Under Fed. R. Civ. P. 25(d), Acting Secretary Wolf, as the successor to Acting Secretary McAleenan, is automatically substituted as the named party.

Defendant's motion, having come on for hearing, and the Court having considered the pleadings, evidence presented, the Memorandum of Points and Authorities in favor of and against the motion, as well as the arguments presented at hearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Defendant, and against Plaintiff. Defendant shall be entitled to his costs in defending this action.

Date: December 11, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE